**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Deborah J. Piazza, Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Deborah J. Piazza, Esq.
Jill Makower, Esq.
dpiazza@tarterkrinsky.com
jmakower@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

MARKO GOJCAJ,

               Debtor.
------------------------------------------------------------x

DEBORAH J. PIAZZA, as Chapter 7 Trustee of
Marko Gojcaj,

               Plaintiff,

        – v –

DILA GOJCAJ, VICTOR GOJCAJ, and MWM
VICSDALE FOREVER LLC,

               Defendants.

------------------------------------------------------------x

Chapter 7

Case No.: 24-11027 (PB)

Adv. Pro. No. 26-01057 (PB)

**DECLARATION PURSUANT TO FED. R. BANKR. P. 7055, FED. R. CIV. P. 55(a) AND SDNY LOCAL BANKRUPTCY RULE 7055-1 IN SUPPORT OF TRUSTEE'S REQUEST FOR ISSUANCE OF CERTIFICATE OF DEFAULT**

    I, Jill Makower, Esq., declare, pursuant to section 1746 of title 28 of the United States Code,

that:

1. I am an attorney duly admitted to practice law before this Court and am counsel to the firm of Tarter Krinsky & Drogin LLP, attorneys for Plaintiff Deborah J. Piazza as Chapter 7 trustee (the "Trustee") of the estate of Marko Gojcaj (the "Debtor").

2. The Trustee commenced this adversary proceeding by filing a complaint (the "Complaint") against Dila Gojcaj, Victor Gojcaj ("Victor") and MWM Vicsdale Forever LLC ("MWM") on June 10, 2026.

3. The Clerk of the Court issued a summons (the "Summons") on June 15, 2026.

4. The Trustee served the Summons and Complaint upon the three defendants by first class mail on June 17, 2026, as reflected in the Affidavit of Service annexed hereto as **Exhibit "A."** None of these mailings were returned as undeliverable.

5. Victor and MWM failed to answer or otherwise respond to the Complaint within the time permitted by Bankruptcy Rule 7012.

6. Neither Victor nor MWM is a minor or an incompetent person or in the military.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**WHEREFORE**, the Trustee respectfully requests that the Clerk of the Court issue a Certificate of Default pursuant to Bankruptcy Rule 7055, Fed.R.Civ.P. 55(a) and Local Bankruptcy Rule 7055-1.

Executed this 17th day of July 2026

 /s/ Jill Makower
Jill Makower

2

EXHIBIT A

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Deborah J. Piazza, Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Deborah J. Piazza, Esq.
Jill Makower, Esq.
dpiazza@tarterkrinsky.com
jmakower@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:

MARKO GOJCAJ,

                Debtor.
--------------------------------------------------------------x

DEBORAH J. PIAZZA, as Chapter 7 Trustee of
Marko Gojcaj,

                Plaintiff,

      – v –

DILA GOJCAJ, VICTOR GOJCAJ, and MWM
VICSDALE FOREVER LLC,

                Defendants.
--------------------------------------------------------------x

Chapter 7

Case No.: 24-11027 (PB)

Adv. Pro. No. 26-01057 (PB)

## DECLARATION OF SERVICE

      Pursuant to the provisions of 28 U.S.C. §1746, Sheree Nobles declares under the penalty of perjury, the following to be true and correct:

      1.     I am over the age of eighteen, not a party to the action, and reside in the County of Fairfield, State of Connecticut.

      2.     On June 17, 2026, I served a true and correct copy of:

         (i)     *Trustee's Complaint* [ECF No. 1]; and

         (ii)    *Summons And Notice of Pretrial Conference In an Adversary Proceeding* [ECF No. 2],

093017\1\180571700.v1

via first class mail by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York to the last known mailing address of the parties listed below:

MARKO GOJCAJ
9694 E IRONWOOD DR.
SCOTTSDALE, AZ 85258

PETER T. NGUYEN, ESQ.
PARK & NGUYEN
1809 PAULDING AVENUE, 2ND FL
BRONX, NY 10462

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY 10004-1408
ATTN: SHARA CORNELL, ESQ.

NICHOLAS G. CALABRIA, ESQ.
MORITT, HOCK & HAMROFF, LLP
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

MWM VICSDALE FOREVER LLC
7349 VIA PASEO DEL SUR
SUITE 515-414
SCOTTSDALE, AZ 85258
ATTN: VICTOR GOJCAJ

TD BANK, N.A.
C/O MORITT HOCK & HAMROFF LLP
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
ATTN: LESLIE A. BERKOFF, ESQ.

VICTOR GOJCAJ
7349 VIA PASEO DEL SUR
SUITE 515-414
SCOTTSDALE, AZ 85258

DILA GOJCAJ
9694 E IRONWOOD DR.
SCOTTSDALE, AZ 85258

Dated: Stratford, Connecticut
        June 26, 2026

/s/ Sheree Nobles
Sheree Nobles

2

093017\1\180571700.v1