**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                    )      Chapter 7
                                                          )
    Marko Gojcaj,                                         )      Case No. 24-11027 (PB)
                                                          )
                           Debtor.          )
-------------------------------------------------------------x
                                                          )
    Deborah J. Piazza, as Chapter 7 Trustee                )
    of Marko Gojcaj,                                      )
                                                          )
                                            Plaintiff,    )      Adv. Pro. No. 26-01057 (PB)
                              v.                          )
                                                          )
    Dila Gojcaj, Victor Cojcaj, and MWM                   )
    Vicsdale Forever LLC,                                 )
                                                          )
                                            Defendants.   )
-------------------------------------------------------------x

## STIPULATION AND ORDER EXTENDING TIME OF
## DILA GOJCAJ TO ANSWER COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED** by and between Deborah J. Piazza, Esq., as

Chapter 7 trustee (the "Trustee") of the Debtor, and defendant Dila Gojcaj ("Dila"), as follows:

1.      The time for Dila to answer, move with respect to, or otherwise respond to, the Trustee's

Complaint [Adv. Proc. Docket No. 1] (the "Complaint") in the above-captioned adversary proceeding

is extended to and includes August 14, 2026.

2.      Dila hereby admits proper service of the Complaint and waives with prejudice any and

all defenses based upon (a) lack of service of the Complaint, (b) this Court's lack of personal

jurisdiction over Dila, and (c) improper and/or defective service of process upon Dila.

3.      Dila agrees not to request or move for any further extensions of the August 14, 2026

deadline to answer, move with respect to, or otherwise respond to, the Trustee's Complaint.

4.    Each party represents and warrants to the other that its execution, delivery and performance of this Stipulation is within the power and authority of such party and has been duly authorized by such party.

5.    This stipulation may be executed in any number of counterparts, via hardcopy, facsimile, or electronic mail (via .pdf attachment), any of which shall be deemed the original for all purposes.

Dated: New York, New York
     July 15, 2026

Dated: New York, New York
     July 15, 2026

**TARTER KRINSKY & DROGIN LLP**
*Counsel to the Chapter 7 Trustee*

**LAW OFFICES OF WENARSKY & GOLDSTEIN LLC**
*Counsel to Dila Gojcaj*

By: /s/ Jill Makower
    Jill Makower, Esq.
    1350 Broadway, 11th Floor
    New York, New York 10018
    Phone: (212) 216-8000
    jmakower@tarterkrinsky.com

By: /s/ Scott J. Goldstein
    Scott J. Goldstein, Esq.
    43 West 43rd Street, Ste 188
    New York, New York 10036
    Phone: (973) 927-5100
    scott@wg-attorneys.com

SO ORDERED
this day of July 22, 2026

    /s/ Philip Bentley
    Hon. Philip Bentley
    United States Bankruptcy Judge